1018

MONSANTO CHEMICAL WORKS, a Corporation and Citizen of the State of Missouri, Plaintiff and Appellant, v. A. O. JAEGER, a Citizen of Germany and a Resident of the Western District of Pennsylvania and J. A. Bertsch, a Citizen of Germany and a Resident of the State of Missouri Defendants.*

No. 4173.

Circuit Court of Appeals, Third Circuit.

Sept. 19, 1930.

M. W. Acheson, Jr., of Pittsburgh, Pa., Paul Bakewell, of St. Louis, Mo., William B. Wharton, Christy, Christy & Wharton, Sterrett & Acheson, and James R. Sterrett, all of Pittsburgh, Pa., for appellant.

H. Dorsey Spencer, of New York City, and Robert A. Norton, George E. Alter, and Ralph D. McKee, all of Pittsburgh, Pa. (Alter, Wright & Barron, of Pittsburgh, Pa., of counsel), for appellee Jaeger.

Before WOOLLEY and DAVIS, Circuit Judges, and AVIS, District Judge.

PER CURIAM.

The issues in this case grew out of a controversy which arose over certain agreements called "option and purchase agreements," wherein the defendants gave options to the plaintiff to purchase certain new processes and contact masses for the manufacture of sulphuric acid and phthalic anhydryde:

The learned District Judge, in a very careful and comprehensive opinion [31 F. (2d) 188], disposed of the issues involved without error, and we affirm the decree on his opinion, except as to costs, as to which the decree is modified. Plaintiffs shall pay one-third and defendants two-thirds of the costs.

H. H. MOTTER, Collector of Internal Revenue for the District of Kansas, v. Allen W. HINKEL.

No. 317.

Circuit Court of Appeals, Tenth Circuit.

July 12, 1930.

*Rehearing denied November 5, 1930.

L. E. Wyman, Asst. U. S. Atty., of Topeka, Kan., for appellant.

Before LEWIS, PHILLIPS, and McDERMOTT, Circuit Judges.

PER CURIAM.

Appeal [39 F.(2d) 159] dismissed July 12, 1930, on motion of appellant.

Ex parte NATIONAL SURETY COMPANY, Petitioner.

No. 2975.

Circuit Court of Appeals, Fourth Circuit.

April 8, 1930.

John Philip Hill, of Baltimore, Md., for petitioner.

PER CURIAM.

Order denying petition for mandamus, with costs, filed.

NOTT ATWATER COMPANY, Appellant, v. Burns POE, Collector of Internal Revenue, etc., Appellee.

No. 6231.

Circuit Court of Appeals, Ninth Circuit.

Sept. 17, 1930.

Otto B. Rupp, of Seattle, Wash., and Alex M. Winston, of Spokane, Wash., for appellant.

Anthony Savage, U. S. Atty., of Seattle, Wash., and John R. Wheeler, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., for appellee.

Before DIETRICH and WILBUR, Circuit Judges, and WEBSTER, District Judge.

PER CURIAM.

Ordered judgment of District Court [33 F.(2d) 1000] affirmed; mandate forthwith.